**DAVID J. PATTERSON**
*ATTORNEY AT LAW*

217 Broadway
Suite 401
New York, NY 10007
Tel: (212) 267-6364
Fax: (212) 385-2558
e-mail: **djp1@aol.com**
**dpatterson@kaulaw.com**

2/02/10

## DESCRIPTION OF PRE-PETITION SERVICES OF DEBTOR'S COUNSEL IN CHAPTER 7 CASE, PURSUANT TO LOCAL BANKRUPTCY RULE 2017-1

(i) The pre-petition services performed for and on behalf of the debtor in contemplation of the petition are as follows: in-person counseling by the attorney, to determine whether the debtor was a good candidate for Chapter 7 bankruptcy, and to review all required notices; 1 meeting to explain the information required for the Chapter 7 filing, and to provide the debtor with all required notices and information; 2 meetings to review drafts of all Chapter 7 papers, and to get additional information/documents; 1 meeting to review the final papers for submission, and to obtain debtor's signatures; drafting all final documents required for the filing; completing several draft versions of all required papers, and the final draft; conducting telephone conference with client and interpreter; several phone calls to client, with help of the interpreter; and filing the final papers electronically with he Court, with the help of the Bankruptcy Pro software company.

(ii) All the above-described services were performed by the only member of the firm, and the only employee of the firm, David J. Patterson, with the exception of use of a private contractor Spanish interpreter during meetings and telephone conversations with the debtor.

(iii) The time spent performing the services provided, and the dates they were provided, are as follows: 1st meeting with client, on 5/30/09 (3 hours, including travel to Queens); 2nd meeting with client, on 7/18/09 (2 hours, including travel to Queens); 3rd meeting with client, on 11/28/09, (2 hours, including travel to Queens); 4th meeting with client, on 1/23/10 (2 hours, including travel to Queens); telephone conference with client and interpreter, on 8/24/09 (12 minutes); preparing first draft of all papers, on 6/01/09 (3 hours); revising papers, on 7/21/09 (1 hour); further revision of papers, on 11/30/09 (1 hour); final revision of papers, on 1/25/10 (1 hour); telephone calls to client with interpreter, on various dates throughout case (total is approximately ½ hour); preparing papers for filing and electronically filing papers with the Court, on 1/26/10 (1 hour, with help of software company).

(iv) An itemization of expenses incurred by the debtor's attorney: in addition to customary office and overhead expenses and keeping my

subscription to Bankruptcy Pro software current, are as follows: payment for a Spanish interpreter, in the amount of $200.00; payment for tolls incurred when driving to appointments with the client, at the interpreter's office in Queens, of approximately $36.00.

(v) The billing rate of the firm varies between $125.00/hour and $300.00/hour, depending upon the type of case and client's ability to pay, for the only employee of the firm, debtor's attorney, David J. Patterson. However, in this case a flat fee of $2,000.00, including expenses, but not including the Court filing fee, was charged. Generally, a higher fee is charged by this attorney for Chapter 7 bankruptcy cases.

All of the above-stated facts are true, to the best of my current knowledge and belief.

David J. Patterson
Attorney for Debtor
Felicia M. Pena